UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

ELIZABETH STEWART,

     Plaintiff,

                                 Case No. 18-cv-1746-pp

  vs.

KOHL'S DEPARTMENT STORES, INC.;
CAPITAL ONE FINANCIAL CORPORATION;
and TRANS UNION, LLC;

     Defendants.

**ORDER APPROVING STIPULATION OF DISMISSAL AS TO DEFENDANT
TRANS UNION, LLC ONLY (DKT. NO. 22)**

     On August 27, 2019, the parties filed a stipulation of dismissal with prejudice between the plaintiff and defendant Trans Union, LLC. Dkt. No. 22. The court **APPROVES** the stipulation and **ORDERS** that all the plaintiff's claims against defendant Trans Union, LLC are **DISMISSED** with prejudice. Each party shall bear its own costs and attorney fees.

     Date in Milwaukee, Wisconsin this 28th day of August, 2019.

                             **BY THE COURT:**

                             **HON. PAMELA PEPPER**
                             **United Sates District Judge**