UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF WISCONSIN

ELIZABETH STEWART,

                  Plaintiff,

Case No. 2:18-cv-01746-PP

    v.

KOHL'S DEPARTMENT STORES, INC. and
CAPITAL ONE FINANCIAL
CORPORATION,

                  Defendants.

## STIPULATION FOR AND JOINT MOTION
## TO AMEND SCHEDULING ORDER

Plaintiff Elizabeth Stewart and Defendants Kohl's Department Stores, Inc. and Capital One Financial Corporation, by their undersigned counsel, enter into this stipulation and jointly move the Court to amend the Scheduling Order entered on April 12, 2019 (Dkt. 15).

### **Stipulation**

1.      Despite the parties' best efforts and due to the schedules of witnesses and counsel, the parties will not be able to complete depositions in this matter by the current deadline of October 1, 2019;

2.      The undersigned are diligently working to schedule the depositions and believe all depositions and written discovery will be completed on or before December 1; and

3.      Due to delay in completing depositions, an extension of the dispositive motion deadline is also required.

### **Motion**

Based on the above-stated stipulation, the parties jointly move the Court to enter an order as follows:

1. To extend the deadline for the completion of discovery to December 1, 2019;

2. To extend the deadline for filing dispositive motions to December 1, 2019; and

3. In all other respects the original Scheduling Order shall remain unchanged.

A proposed Order Amending Scheduling Order is attached. The parties respectfully request the Court enter such order.

**ATTORNEYS FOR PLAINTIFF**

**ATTORNEYS FOR DEFENDANTS KOHL'S DEPARTMENT STORES, INC. AND CAPITAL ONE FINANCIAL CORPORATION**

By: s/Thomas J. Lyons, Jr.
Thomas J. Lyons, Jr., Esq.
CONSUMER JUSTICE CENTER P.A.
367 Commerce Court
Vadnais Heights, MN  55127
Telephone:  (651) 770-9707
Facsimile:  (651) 704-0907
tommy@consumerjusticecenter.com

By:  s/ Erin M. Cook
Erin M. Cook
State Bar No. 1074294
GODFREY & KAHN, S.C.
833 East Michigan Street, Suite 1800
Milwaukee, WI 53202-5615
Telephone: 414-273-3500
Fax: 414-273-5198
MCook@gklaw.com

Dated: September 12, 2019

Dated: September 12, 2019

2